Entered on Docket
June 06, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-10-10093-BTB |
|---|---|
| | Chapter 13 |
| JASON R. JONES, | |
| Debtor. | |

**EX- PARTE ORDER DISMISSING BANKRUPTCY PROCEEDING**

On or about May 11, 2011, the Court entered a Conditional Order of Dismissal (the "Order") (See Docket #79) with Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, by and through his counsel, Marianne Gatti, Esq. The Order required the Debtor to convert the instant Chapter 13 Bankruptcy case to one under Chapter 7 or file a voluntary dismissal within 21 days of the April 28, 2011 hearing.

///

///

As of the date of this Order, the Debtor has failed to file a conversion or a voluntary dismissal of the instant Chapter 13 bankruptcy case.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to either convert the instant Chapter 13 case to one under Chapter 7 or file a voluntary dismissal within 21 days of the April 28, 2011 hearing.

**IT IS SO ORDERED.**

Respectfully Submitted:

_____  DATE: 6-2-11
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Attorney for RICK A. YARNALL
Chapter 13 Bankruptcy Trustee

###